**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

E.T.M,

Petitioner,

v.

Warden, IRWIN COUNTY DETENTION CENTER,

Respondent.

CASE NO.: 7:26-CV-132 (LAG)

**ORDER**

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is **DISMISSED**.

**SO ORDERED**, this 28th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**